384 A.2d 998

Lesher v. Lesher, Appellant.

620

 Argued November 21, 1977. T. Lawrence Palmer, with him Jay D. Glasser, for appellant; Edwin J. Martin, for appellee.

Decree affirmed.